UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  EDCV 14-02230-JLS (KKx)                          Date:  January 5, 2015
Title:     Jacob Myers v. Target Corporation, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                          Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE FOR FAILURE TO FILE JOINT 26(f) REPORT**

On November 4, 2014, the Court set a scheduling conference for January 16, 2015, and ordered the parties to "file a Joint 26(f) Report . . . **no later than 14 days before the date set for the scheduling conference**."  (Doc.  8 ¶ 1) (emphasis in original).  As of the date of this Order, no Joint 26(f) Report has been filed.  Pursuant to the Court's discretion under Federal Rule of Civil Procedure 83, failure to submit a Joint 26(f) Report may result in the Court dismissing the case, entering a default, and/or imposing sanctions.

On its own motion, the Court hereby Orders counsel to Show Cause why the Court should not dismiss this action, enter a default, and/or impose sanctions for the failure to submit a Joint 26(f) Report.  No later than January 7**,** 2015, by 12:00 p.m.**,** counsel shall submit a Joint Rule 26(f) Report, with a completed Exhibit A, and a separate written response to this Order to Show Cause explaining why they failed to comply with the Court's filing deadline.  The Scheduling Conference scheduled for January 16, 2015 is hereby VACATED.

Initials of Preparer: tg